

Home | Careers | News | Testimonials | Search

About Us   Services   Clients & Markets   Alliances   Contact   Resources   Client Login



**About Us**

Locations

News

Contacts

Leadership Team

Affiliations

Careers

CONTACT US NOW!

Home > About Us > Locations

## Locations

With more than 100 offices located throughout the United States, Transworld Systems operates as one of the largest national collection agencies. Our local offices provide excellent personal service while our size allows us to invest in the training and technology to be the best. To find a consultant near you, please click on your state to display a list of our offices in your area.

Choose State



 RSS Feeds

 Follow Us on LinkedIn

 Videos

 Newsletters

 Find a Local Rep

 Compare GreenFlag

 Client Login

### SUCCESS STORIES

**Transworld is the Cost Effective Solution**
–American Mint

"As a national direct marketer, we faced some very unique challenges in the area of collections. Transworld not only helped us meet these challenges, but helped us exceed our goals in a very cost-effective manner."

American Mint
Tom Miglino, Vice President

View More Success Stories



### CONTACT US NOW!

First Name: _____ Last Name: _____
Company Name: _____
Telephone: ( ___ ) ___
Email: _____
Zip Code: _____
Are you affiliated with: --
Have you been contacted by a rep?  ● No  ○ Yes
I would like to receive company information and promotions via email.  ☑

SUBMIT





CELEBRATING **FORTY YEARS** 40 1970-2010
TRANSWORLD SYSTEMS

Copyright © Transworld Systems Inc | Terms & Conditions | Privacy Policy | Legal Information
Web Site Design by Captiva Marketing | Powered by Empoweren Website Content Management Software

http://www.transworldsystems.com/locations.html                     7/22/2010


EXHIBIT A



Home | Careers | News | Testimonials | Search:

About Us   Services   Clients & Markets   Alliances   Contact   Resources   Client Login



**Locations**

Home > About Us > Locations > Illinois

### Illinois Collection Agency Offices

Transworld Systems has multiple offices in the state of Illinois that provide collection services. Please call our toll free number 1-888-446-4733 or click on the contact link listed below to request more information or a FREE analysis of your accounts receivable.

**100 Locations**
National Scope
Local Presence

**CONTACT US NOW!**

Transworld Systems, Central Illinois
Bloomington, Illinois 61704

Transworld Systems, Southern Illinois
Maryville, Illinois 62062

Transworld Systems, Homewood
Homewood, Illinois 60430

Transworld Systems, Oak Brook
Oak Brook, Illinois 60523

Transworld Systems, Schaumburg
Schaumburg, Illinois 60173

**REQUEST A QUOTE**

 RSS Feeds
 Follow Us on LinkedIn
Videos
Newsletters
Find a Local Rep
Compare GreenFlag
Client Login

## SUCCESS STORIES

**Transworld is the Cost Effective Solution**
~American Mint

"As a national direct marketer, we faced some very unique challenges in the area of collections. Transworld not only helped us meet these challenges, but helped us exceed our goals in a very cost-effective manner."

American Mint
Tom Miglino, Vice President

View More Success Stories



### CONTACT US NOW!

First Name: [          ]   Last Name: [          ]
Company Name: [          ]
Telephone: ( [    ] ) [       ]
Email: [          ]
Zip Code: [          ]
Are you affiliated with: [ -- ]
Have you been contacted by a rep?  ⦿ No  ○ Yes
I would like to receive company information and promotions via email. ☑

**SUBMIT**

**ENEWSLETTER SIGN UP**



CELEBRATING FORTY YEARS
40
1970-2010
TRANSWORLD SYSTEMS

Copyright © Transworld Systems Inc. | Terms & Conditions | Privacy Policy | Legal Information
Web Site Design by Captiva Marketing | Powered by: Empoweren Website Content Management Software